IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| DIANA WILLIAMSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:06-cv-00537-RJL |
| | * | |
| MARRIOTT INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |

## ENTRY OF APPEARANCE

Pursuant to Local Civil Rule 83.6, please note the appearance of:

> Dawn E. Boyce
> Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
> 3920 University Drive
> Fairfax, Virginia 22030
> (703) 385-1000
> Bar No. 440010
> dboyce@vadctriallaw.com

as counsel for Marriott International, Inc. d/b/a Marriott Wardman Park Hotel.

Respectfully submitted,

_____/S/_____
Dawn E. Boyce