UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| DIANE WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-537 (RJL) |
| | ) | |
| MARRIOTT INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER
(December 5, 2006)

This case was transferred to this Court from the Southern District of New York on March 22, 2006. Plaintiff, Diane Williamson, has not filed the complaint in the instant action with this Court. There has been no activity since the transfer. On October 16, 2006, this Court issued an Order requiring plaintiff to show cause in writing, by December 1, 2006, as to why the case should not be dismissed for want of prosecution. Because the plaintiff has failed to respond to the Court's Order to Show Cause within the time prescribed, and upon due consideration of the entire record herein, it is hereby

**ORDERED** that plaintiff's case is dismissed without prejudice pursuant to Local Civil Rule 83.23; and it is further

**ORDERED** that the Clerk, in addition to electronic notice, shall mail a paper copy of this Order to plaintiff's counsel of record with a return receipt requested, and shall mail a copy directly to plaintiff at her address of record.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

